STEVEN G. KALAR
Federal Public Defender
TAMARA CREPET
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408) 291-7399
tamara_crepet@fd.org

Counsel for Defendant CONI HUGHES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>CONI HUGHES,<br><br>              Defendant. | No. CR-17-00576 BLF<br><br>**STIPULATION AND ORDER CONTINUING STATUS HEARING** |

## STIPULATION

Defendant Coni Hughes and the United States, by and through their respective counsel, stipulate that, with the Court's approval, the October 22, 2019 status hearing shall be continued to December 17, 2019 at 9:00 a.m.

The defense recently received, and provided to the government, a psychiatric evaluation concerning Ms. Hughes' cognitive functioning. The parties are in the process of discussing resolution based on this report, and the defense continues to investigate and develop facts immediately necessary for this case's resolution.

Accordingly, the parties stipulate and agree that the Court may exclude time from October 22, 2019 to December 17, 2019, and that an exclusion of time to December 17, 2019, is

appropriate to allow for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

Date: October 17, 2019                    Respectfully submitted,

                                          STEVEN G. KALAR
                                          Federal Public Defender


                                          _____/s/_____
                                          TAMARA CREPET
                                          Assistant Federal Public Defender


Date: October 17, 2019                    Respectfully submitted,

                                          DAVID L. ANDERSON
                                          United States Attorney


                                          _____/s/_____
                                          CHRISTOPHER VIEIRA
                                          Assistant United States Attorney

NO. CR 17-00576 BLF
STIPULATION AND ORDER                     2

# ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the October 22, 2019, status hearing is CONTINUED to December 17, 2019 at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between October 22, 2019, and December 17, 2019, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THE COURT FURTHER FINDS that the ends of justice served by excluding the time from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between October 22, 2019 and December 17, 2019, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Date: _October 17, 2019_  _____
THE HONORABLE BETH LABSON FREEMAN
United States District Court Judge